**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

CLIFTON LAWRENCE COLLINS,   CASE NO. 15-00026-5-SWH
                             CHAPTER 13

     DEBTOR

## MOTION FOR DISBURSEMENT

NOW COMES Travis Sasser, the Debtor's Attorney and moves pursuant to 11 U.S.C. §§ 330 (a)(4)(b), 503 (b), 1326(a)(2) and this Court's Standing Order of August 6, 2015 that the Court award him an administrative claim for attorney's fees and require the Chapter 13 Trustee to disburse those funds. In support of the Motion, the undersigned shows the Court the following:

    1.    The Debtor filed this Chapter 13 case on January 2, 2015 and it was dismissed on February 24, 2016. The case was dismissed prior to confirmation.

    2.    The Chapter 13 Trustee has received from the Debtor $29,104.00. The full amount the Chapter 13 Trustee currently has on hand is $29,104.00.

    3.    The base attorney fee for a Chapter 13 case is $3,700.00. The undersigned attorney has received $0.00 in attorney's fees paid by the Debtor prior to the filing of the petition. The undersigned attorney advanced the court filing fee in the amount of $310.00 and the credit counseling fee in the amount of $34.00.

    4.    The undersigned attorney has ably represented the interest of the Debtor in connection with this case and provided services reasonably likely to benefit the Debtor and/or the bankruptcy estate and/or were necessary to the administration of the case. These services include, but are not limited to the following:

        (a) Consultation with the Debtor prior to filing the bankruptcy petition;
        (b) Preparation of the petition and schedules;
        (c) Preparation of chapter 13 plan;
        (d) Representation of the Debtor at a chapter 13 §341 Meeting of Creditors;
        (e) Defense of Trustee's Motion to Dismiss;
        (f) Objection to Claim of IRS; and
        (g) Two Motions to Sell Property.

    5.    Pursuant to the Fee Contract between the undersigned and the Debtor, the Debtor agreed to pay the undersigned Attorney the base attorney fee and reimburse the filing fee and credit counseling fee. The Fee Contract also stipulated that there were other

services not covered by the base attorney fee for which additional compensation could be awarded by the Court. Therefore, Travis Sasser has been approved for up to a total of $4,044.00 in fees and reimbursements for this case.

6.	By order entered on January 20, 1999 and E.D.N.C LBR 3070–1(c), this Court has authorized the Trustee to retain from the payments of any Debtor whose case is dismissed prior to confirmation an administrative fee as set forth in the Court's Administrative Guide.

7.	Based on the foregoing, the undersigned is entitled to compensation of the full amount the Chapter 13 Trustee currently has on hand but not to exceed $4,044.00, minus any amount of the Trustee's administrative fee that has not yet been paid up to no more than the amount set forth in the Court's Administrative Guide.

WHEREFORE the undersigned Attorney moves the Court to allow the undersigned Attorney an administrative claim for attorney's fees and to be paid those attorney's fees in the full amount the Chapter 13 Trustee currently has on hand but not to exceed $4,044.00, minus any amount of the Trustee's administrative fee that has not yet been paid up to no more than the amount set forth in the Court's Administrative Guide, and for such other and further relief as is just and proper.

Dated: March 2, 2016

SASSER LAW FIRM

/s/ Travis Sasser
Travis Sasser, State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, N.C. 27518
Tel: 919.319.7400
Fax: 919.657.7400
tsasser@carybankruptcy.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

| | |
|---|---|
| **CLIFTON LAWRENCE COLLINS,** | **CASE NO. 15-00026-5-SWH** |
| | **CHAPTER 13** |

    **DEBTOR**

### NOTICE OF MOTION FOR DISBURSEMENT

TAKE NOTICE that a Motion, a copy of which is attached hereto, has been filed in the above stated Court.

TAKE NOTICE FURTHER that pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of North Carolina, you have fourteen (14) days from the date of this Notice of Application to file a response to the attached Application. You must file your response with the Clerk, United States Bankruptcy Court, Post Office Box 791, Raleigh, NC 27602 with a copy to the undersigned. Any such responsive pleading must contain a request for a hearing if, indeed, you wish to be heard by the Court. Unless a hearing is specifically requested in a responsive pleading, the attached Application may be determined and final Orders entered by the court without a hearing.

Dated: March 2, 2016

                                                                                     SASSER LAW FIRM

                                                                                    /s/ Travis Sasser
                                                                                   Travis Sasser, State Bar No. 26707
                                                                                   2000 Regency Parkway, Suite 230
                                                                                   Cary, N.C. 27518
                                                                                   Tel: 919.319.7400
                                                                                   Fax: 919.657.7400
                                                                                   tsasser@carybankruptcy.com

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing Motion and Notice was served on the entities listed below at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party, electronic transmission, pursuant to Local Rule 5005-4(9)(b).

John F. Logan
*Served Electronically*

Clifton Lawrence Collins
3305 Durham Drive
Suite 101
Raleigh, NC  27603

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  March 2, 2016

                SASSER LAW FIRM

                /s/ Travis Sasser
                Travis Sasser, State Bar No. 26707
                2000 Regency Parkway, Suite 230
                Cary, N.C. 27518
                Tel: 919.319.7400
                Fax: 919.657.7400
                tsasser@carybankruptcy.com