# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

Case Number: 15-00026-5-SWH
Judge: STEPHANI W. HUMRICKHOUSE
Dated: April 13, 2016

In Re:

CLIFTON LAWRENCE COLLINS
3305 DURHAM DRIVE
SUITE 101
RALEIGH, NC  27603

SSN (1): XXX-XX-2920

## TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF

JOHN F. LOGAN, Trustee for the above-referenced case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. §1302(b)(1).

**You are hereby given Notice that you have thirty (30) days from the date of this Final Report and Account and Notice Thereof to file an objection hereto and request for hearing with the Clerk of the Bankruptcy Court. If you file such an objection and request for hearing, a copy must be served upon the undersigned Trustee, the debtor and counsel for the debtor.  If no objections and requests for hearing are filed within such thirty (30) day period, there shall be a presumption that the estate has been fully administered, the estate will be closed, and the Trustee and the surety on the Trustee's bond will be released.**

1. The case was filed on January 02, 2015 and has not been confirmed.
   The case was subsequently dismissed on February 24, 2016.

2. The amount paid to the Trustee by or on behalf of the debtor was $29,104.00.

3. The Trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| WELTMAN, WEINBERG & REIS CO., | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| TANYA D. LOCKLAIR, ESQ. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SHAPIRO & INGLE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| WAKE COUNTY REVENUE DEPARTMENT | SECURED | $3,286.67 | $0.00 | $0.00 | $0.00 |
| WAKE COUNTY REVENUE DEPARTMENT | SURRENDERED | $567.29 | $0.00 | $0.00 | $0.00 |
| WAKE COUNTY REVENUE DEPARTMENT | SURRENDERED | $926.53 | $0.00 | $0.00 | $0.00 |
| WAKE COUNTY TAX COLLECTOR | SURRENDERED | $1,221.60 | $0.00 | $0.00 | $0.00 |
| WAKE COUNTY REVENUE DEPARTMENT | SURRENDERED | $1,112.50 | $0.00 | $0.00 | $0.00 |
| WAKE COUNTY TAX COLLECTOR | SURRENDERED | $4,158.94 | $0.00 | $0.00 | $0.00 |
| WAKE COUNTY REVENUE DEPARTMENT | SURRENDERED | $864.79 | $0.00 | $0.00 | $0.00 |
| BELLSOUTH TELECOMMUNICATIONS, INC. | UNSECURED | $729.97 | $0.00 | $0.00 | $0.00 |
| CAVALRY SPV I, LLC | UNSECURED | $885.93 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $5,554.53 | $0.00 | $0.00 | $0.00 |
| AMERICAN INFOSOURCE, LP | UNSECURED | $440.47 | $0.00 | $0.00 | $0.00 |
| SAM'S CLUB | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITY OF KNIGHTDALE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| THE REAL YELLOW PAGES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| EVELYN COLLINS | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO BANK, N.A. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO BANK, N.A. | ARREARS MORTGAGE | $32,426.99 | $0.00 | $0.00 | $0.00 |
| C.L. COLLINS DETECTIVE AGENCY | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| C.L. COLLINS BONDING. CO. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SHAPIRO & INGLE, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SEAN M. CORCORAN | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | UNSECURED | $34,140.60 | $0.00 | $0.00 | $0.00 |
| ADMINISTRATIVE OFFICE OF THE COURTS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO BANK, N.A. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CAVALRY SPV I, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SHAPIRO & INGLE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| TESCOR SUPPORT SERVICES, INC. | SURRENDERED | $78,446.56 | $0.00 | $0.00 | $0.00 |
| WORLD OMNI FINANCIAL CORPORATION | DIRECT | $1,608.39 | $0.00 | $0.00 | $0.00 |
| OCWEN LOAN SERVICING | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| OCWEN LOAN SERVICING | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| MECHANICS & FARMERS BANK | SURRENDERED | $33,932.18 | $0.00 | $0.00 | $0.00 |
| CITI MORTGAGE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| WORLD OMNI FINANCIAL CORPORATION | ARREARS NON-MORTGAGE | $751.60 | $0.00 | $0.00 | $0.00 |
| TESCOR SUPPORT SERVICES, INC. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| OCWEN LOAN SERVICING | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| MECHANICS & FARMERS BANK | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIMORTGAGE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO BANK, N.A. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| MECHANICS & FARMERS BANK | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |

4. Summary of Disbursements:

|  | Secured | Priority | Unsecured | Cont. Debts | Total |
|---|---|---|---|---|---|
| **Claim Amount** | $159,304.04 | $0.00 | $41,751.50 | $0.00 | $201,055.54 |
| **Principal Paid** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Interest Paid** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:
   The clerk was paid $0.00 for the filing fee.
   The debtor's attorney was allowed $4,944.00 and was paid $4,044.00.
   The Trustee was paid $0.00 for the cost of mailing notices in the case.
   The Trustee was paid $187.50 for expenses and $187.50 for compensation pursuant to 11 USC § 1326.
   Refunds to the debtor total $24,685.00.

6. The Trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully administered.

   Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety bond from any and all liability on account of the above-referenced case, closes the estate, and grants such other relief as may be just and proper.

Dated: April 13, 2016

*s/ John F. Logan*
John F. Logan
Chapter 13 Trustee
Post Office Box 61039
Raleigh, NC 27661-1039

cc: CLIFTON LAWRENCE COLLINS

TRAVIS SASSER
LAW OFFICE OF TRAVIS SASSER
2000 REGENCY PARKWAY, SUITE 230
CARY, NC 27518

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: CLIFTON LAWRENCE COLLINS  CASE NUMBER: 1500026
DEBTOR 2 NAME:

I      Robert J Wallace, Jr.      certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on    4/14/2016    :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

ADMINISTRATIVE OFFICE OF THE COURTS,ATTN: KATHRYN HICKS SHEILDS,PO BOX 629,RALEIGH NC 27602
AMERICAN INFOSOURCE, LP,agent for DIRECTV, LLC,PO BOX 51178,LOS ANGELES CA 90051
BELLSOUTH TELECOMMUNICATIONS, INC.,c/o: AT&T SERVICES, INC.,KAREN A.CAVAGNARO - LEAD PARALEGAL,ONE AT&T WAY, ROOM 3A104 BEDMINSTER
C.L. COLLINS BONDING. CO.,ATTN: MANAGING AGENT,504 FREEMAN ST.,RALEIGH NC 27601
C.L. COLLINS DETECTIVE AGENCY,ATTN: MANAGING AGENT,C/O TRAVIS SASSER, ATTORNEY,2000 REGENCY PARKWAY, STE. 230 CARY NC 27518
CAVALRY SPV I, LLC,ATTN:  MANAGER OR REG. AGENT,500 SUMMIT LAKE DR., STE. 400,VALHALLA NY 10595-2321
CAVALRY SPV I, LLC,PO BOX 27288,TEMPE AZ 85282
CITI MORTGAGE,ATTN: OFFICER,PO BOX 183040,COLUMBUS OH 43218
CITIMORTGAGE,ATTN: OFFICER,PO BOX 183040,COLUMBUS OH 43218
CITY OF KNIGHTDALE,ATTN: MNG AGT,950 STEEPLE SQUARE CT,KNIGHTDALE NC 27545
CLIFTON LAWRENCE COLLINS,3305 DURHAM DRIVE,SUITE 101,RALEIGH NC 27603
ECAST SETTLEMENT CORPORATION,ATTN:  OFFICER/MANAGER,PO BOX 29262,NEW YORK NY 10087-9262
EVELYN COLLINS,5609 TEACO DR,WENDELL NC 27591-9107
INTERNAL REVENUE SERVICE,ATTN:  CORRESPONDENCE,PO BOX 7346,PHILADELPHIA PA 19101-7346
INTERNAL REVENUE SERVICE,ATTN:  MANAGER OR REG. AGENT,PO BOX 7317,PHILADELPHIA PA 19101-7317
MECHANICS & FARMERS BANK,ATTN: JO ANN HARVEY-DRAYTON,COLLECTIONS LOAN OFFICER,2634 DURHAM-CHAPEL HILL BLVD. DURHAM NC 27707
MECHANICS & FARMERS BANK,ATTN: OFFICER,116 WEST PARRISH ST,DURHAM NC 27702
OCWEN LOAN SERVICING,ATTN: OFFICER,PO BOX 24738,WEST PALM BEACH FL 33416
SAMS CLUB,PO BOX 981400,EL PASO TX 79998-1400
SEAN M. CORCORAN,ATTORNEY FOR OCWEN LOAN SERVICING, LLC,BROCK & SCOTT, PLLC,5121 PARKWAY PLAZA BLVD., STE. 300 CHARLOTTE NC 28217
SHAPIRO & INGLE, LLC,ATTORNEY FOR WELLS FARGO BANK, NA,10130 PERIMETER PARKWAY, STE 400,CHARLOTTE NC 28216
SHAPIRO & INGLE,ATTORNEY FOR CITIMORTGAGE, INC.,10130 PERIMETER PARKWAY, STE 400,CHARLOTTE NC 28216
TANYA D. LOCKLAIR, ESQ.,4309 EMPEROR BLVD.,SUITE 225,DURHAM NC 27703
TESCOR SUPPORT SERVICES, INC.,PO BOX 234,WHITE OAK NC 28399
THE REAL YELLOW PAGES,2247  NORTH LAKE PARKWAY, STE. 3-C,TUCKER GA 30084
TRAVIS SASSER,LAW OFFICE OF TRAVIS SASSER,2000 REGENCY PARKWAY, SUITE 230,CARY NC 27518
WAKE COUNTY REVENUE DEPARTMENT,ATTN:  MANAGER OR REG. AGENT,PO BOX 2331,RALEIGH NC 27602
WAKE COUNTY TAX COLLECTOR,ATTN:  MANAGER OR REG. AGENT,PO BOX 2331,RALEIGH NC 27602
WELLS FARGO BANK, N.A.,ATTN:  OFFICER / BANKRUPTCY DEPT.,MAC D3347-014,3476 STATEVIEW BLVD. FORT MILL SC 29715
WELLS FARGO BANK, N.A.,ATTN: OFFICER / BANKRUPTCY DEPT.,ONE HOME CAMPUS / MAC # X2302-04C,DES MOINES IA 50328
WELLS FARGO BANK, N.A.,WELLS FARGO HOME MORTGAGE,ATTN: OFFICER / BANKRUPTCY DEPT,MAC X7801-014, 3476 STATEVIEW BLVD FORT MILL SC 297
WELTMAN, WEINBERG & REIS CO.,,ATTN:  OFFICER,323 W. LAKESIDE AVE., 2ND FLOOR,CLEVELAND OH 44113
WORLD OMNI FINANCIAL CORPORATION,WORLD OMNI PAYMENT CENTER,PO BOX 991817,MOBILE AL 36691-1817

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :    4/14/2016            Signature : ___Robert J. Wallace, Jr.___

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134